# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3448

_____

United States of America,           *
                                    *
       Appellee,          *
                                    *   Appeal from the United States
     v.                      *   District Court for the
                                    *   District of Nebraska.
Ali Abdul-Azez Sofyan,        *
                                    *   [UNPUBLISHED]
       Appellant.        *

_____

Submitted: October 18, 2006
Filed: October 24, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ali Abdul-Azez Sofyan appeals the sentence the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce Sofyan's sentence for his substantial assistance. On appeal, Sofyan's counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which counsel makes reference to the extent of the reduction in Sofyan's sentence. We have no jurisdiction, however, to review the extent of the district court's Rule 35(b) sentencing departure, see United States v. Coppedge, 135 F.3d 598, 599

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

(8th Cir. 1998) (per curiam), and upon our independent review under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we dismiss this appeal, and we grant defense counsel's motion to withdraw.

_____